No. 93–377.  DEPARTMENT OF TAXATION AND FINANCE OF NEW YORK ET AL. *v.* MILHELM ATTEA & BROS., INC., ET AL.  Ct. App. N. Y.  Motions of Empire State Petroleum Association, Inc., New York State Association of Tobacco and Candy Distributors, and Seneca Nation of Indians et al. for leave to file briefs as *amici curiae* granted.  Certiorari granted.

No. 92–8346.  SHANNON *v.* UNITED STATES.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 92–9093.  ROMANO *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to the following question: "Does admission of evidence that a capital defendant already has been sentenced to death in another case impermissibly undermine the sentencing jury's sense of responsibility for determining the appropriateness of the defendant's death, in violation of the Eighth and Fourteenth Amendments?"

No. 93–5770.  STANSBURY *v.* CALIFORNIA.  Sup. Ct. Cal.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to Question 3 presented by the petition.

No. 92–1960.  RESHA ET AL. *v.* TUCKER.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 92–1961.  TIMES PUBLISHING CO. ET AL. *v.* RUSSELL.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.